HELEN EISSER, Respondent, *v.* THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.

(Submitted October 7, 1936; decided October 23, 1936.)

*Charles J. Nehrbas* and *Henry C. Moses* for appellant.
*Leo Fixler* and *Murray G. Jenkins* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.